**No. 09-11503. Victor Lamont Johnson, Petitioner v. Elizabeth A. Kovachevich, Judge, United States District Court for the Middle District of Florida, et al.**

562 U.S. 884, 131 S. Ct. 391, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6770.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11504. Cornelius L. Jones, Petitioner v. Illinois.**

562 U.S. 884, 131 S. Ct. 210, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6875.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 393 Ill. App. 3d 1115, 368 Ill. Dec. 922, 985 N.E.2d 729.

**No. 09-11505. Jermaine S. Doss, Petitioner v. Virginia.**

562 U.S. 884, 131 S. Ct. 211, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6618.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-11506. Sergio Perez-Ochoa, aka Daniel Perez-Soto, Petitioner v. United States.**

562 U.S. 884, 131 S. Ct. 211, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6819.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 960.

**No. 09-11507. Ardell D. Noble, Petitioner v. United States.**

562 U.S. 884, 131 S. Ct. 212, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 7154.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 961.

**No. 09-11508. Melvin L. Purnell, Petitioner v. Illinois.**

562 U.S. 884, 131 S. Ct. 212, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 7082.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 394 Ill. App. 3d 1126, 369 Ill. Dec. 103, 985 N.E.2d 1089.

**No. 09-11509. Juan Villasana, Jr., Petitioner v. California.**

562 U.S. 885, 131 S. Ct. 212, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 7007.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

**No. 09-11510. Anthony T. Tanker, Petitioner v. United States.**

562 U.S. 885, 131 S. Ct. 212, 178 L. Ed. 2d 127, 2010 U.S. LEXIS 6890.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 375 Fed. Appx. 554.